BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

ELIZABETH ANN CARRINGTON     Chapter 7
Case No. 21-40616-mar
Hon. Mark A. Randon

         Debtor(s)
_____/

## ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE ESTATE'S INTEREST IN DEBTOR'S PROPERTY

THIS MATTER having come before the Court upon Motion by the Trustee, all parties listed on the Court Matrix having been served with a notice of the proposed compromise, and the objection having been timely filed by the Debtor, and for the reasons stated on the record at the hearing on August 8, 2022, and the Court being duly advised in the premises:

**IT IS ORDERED** that the Trustee is authorized to settle the estate's claims, as more fully described in the Motion, as follows:

a. U.S. Bank Trust National Association as Trustee of the Cababa Series III Trust shall pay the Trustee $25,000.00 (the "Compromise Amount") to the Trustee, within ten (10) days of entry of this Order.

b. Payment shall be made by attorney's trust account check, certified check, money order, or other certified funds, payable to "Kenneth Nathan, Trustee" and delivered to OSIPOV BIGELMAN, P.C., ATTN: YULIY OSIPOV, Counsel for Chapter 7 Trustee, 20700 Civic Center Drive, Suite 420, Southfield, MI 48076, or such other place as the Trustee directs in writing.

c.  This Order shall have the same effect as a Judgment entered under Rule 7054 of the Federal Rules of Bankruptcy Procedure and all post-judgment remedies available at law shall be available to the Trustee or Trustee's assigns if Debtor fails to make payment as described above.

d.  Upon entry of the Order Approving Compromise and the Trustee's receipt of the Compromise Amount in full, the Trustee and bankruptcy estate shall be deemed to have fully abandoned any interest in the real property located at 20066 Briarcliff Rd., Detroit, MI 48221.

The Trustee shall be entitled to administer the proceeds for the benefit of creditors.

**Signed on August 8, 2022**

/s/ Mark A. Randon
_____
Mark A. Randon
United States Bankruptcy Judge